**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**QUINTON RILEY,**                                         **PLAINTIFF**
**ADC #156458**

**v.**                     **Case No. 4:20-cv-00768-KGB-JJV**

**DEXTER PAYNE, Director,**                       **DEFENDANT**
**Arkansas Division of Correction**

## <u>ORDER</u>

Before the Court are the Proposed Findings and Recommendations entered by Magistrate Judge Joe J. Volpe (Dkt. No. 10).  No objections have been filed, and the time for filing objections has passed.  After review, the Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings of fact and conclusions of law in all respects.  The Court dismisses without prejudice plaintiff Quinton Riley's 28 U.S.C. § 2254 petition for writ of habeas corpus. The Court declines to issue a certificate of appealability.

So ordered this the 3rd day of February, 2021.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge