IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**QUINTON RILEY,** **PLAINTIFF**
**ADC #156458**

v.    Case No. 4:20-cv-00768-KGB-JJV

**DEXTER PAYNE, Director,** **DEFENDANT**
**Arkansas Division of Correction**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Quinton Riley's complaint is dismissed with prejudice (Dkt. No. 1). The relief sought is denied.

So adjudged this the 3rd day of February, 2021.

_____
Kristine G. Baker
United States District Judge